# First District Court of Appeal
## State of Florida

_____

No. 1D17-4465
_____

Andrew David Hawthorne,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 15, 2019

Per Curiam.

Affirmed.

B.L. Thomas, C.J., and Makar and Winsor, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice Kaye Brower, Office of Regional Conflict, Gainesville, and Melissa Joy Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.